**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 98-6432

———————————

DALE A. FOSTER,

                              Petitioner - Appellant,

        versus

RONALD J. ANGELONE, Director,

                              Respondent - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert R. Merhige, Jr., Senior District Judge. (CA-97-685-R)

———————————

Submitted: July 30, 1998          Decided: August 26, 1998

———————————

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Dale A. Foster, Appellant Pro Se. Linwood Theodore Wells, Jr., Assistant Attorney General, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dale A. Foster seeks to appeal the district court's order dismissing without prejudice his challenge to his participation in the "Therapeutic Community," and denying relief on the remainder of his claims filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Foster v. Angelone, No. CA-97-685-R (E.D. Va. Feb. 11, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2